# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00819-SBP

YAISEL RAMON ZERQUERA-RAMIREZ,

      Petitioner,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security in her official capacity;
PAMELA BONDI, Attorney General of the United States in her official capacity;
TODD M. LYONS, Acting Director of Immigration and Customs Enforcement in his official capacity;
JUAN BALTAZAR, Warden of the Denver Contract ICE Detention Center in his official capacity; and
GEORGE VALDEZ, Field Office Director of Enforcement and Removal Operations, U.S. Department of Homeland Security in his official capacity,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on March 10, 2026, [ECF No. 13] and June 9, 2026, [ECF No. 15], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/   M. Smotts

M. Smotts, Deputy Clerk